IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY ANNE O'BRIEN,<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : | NO.   19-cv-5433 |
| ANDREW SAUL,[1]<br>Commissioner of Social Security,<br>Defendant. | : <br> : <br> : | |

**ORDER**

AND NOW, this   19TH   day of November, 2020, upon consideration of Plaintiff's Request for Review (ECF No. 15) and Defendant's Response (ECF No. 16), IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 4, 2019.  Pursuant to Fed. R. Civ. P. 25(d), I have substituted Andrew M. Saul as defendant in this suit.